No. 920. THOMAS, ADMINISTRATRIX, ET AL. *v.* DISTRICT OF COLUMBIA. C. A. D. C. Cir. Certiorari denied. *Henry Lincoln Johnson, Jr.,* for Thomas, and *Philip J. Lesser* and *I. Irwin Bolotin* for Wynn, petitioners. *Charles T. Duncan, Hubert B. Pair, Richard W. Barton,* and *John R. Hess* for respondent.

No. 923. CONSUMERS PRODUCTS OF AMERICA, INC., ET AL. *v.* FEDERAL TRADE COMMISSION ET AL. C. A. 3d Cir. Certiorari denied. *Theodore R. Mann* for petitioners. *Solicitor General Griswold, Assistant Attorney General McLaren, Howard E. Shapiro, James McI. Henderson,* and *Charles C. Moore, Jr.,* for respondent Federal Trade Commission.

No. 926. WRIGHT ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Joseph H. Davis* for petitioners. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Kirby W. Patterson* for the United States.

No. 936. FESTA *v.* CITY OF PORTSMOUTH. Sup. Ct. App. Va. Certiorari denied. *Willard J. Moody* for petitioner. *M. A. Korb, Jr.,* for respondent.

No. 943. LOUISVILLE & JEFFERSON COUNTY AIR BOARD *v.* SHIPP ET UX. Ct. App. Ky. Certiorari denied. *James W. Stites* for petitioner. *J. W. Jones* for respondents.

No. 966. CORRIGAN, ADMINISTRATOR *v.* E. W. BOHREN TRANSPORT Co. C. A. 6th Cir. Certiorari denied. *C. D. Lambros* and *Anthony O. Calabrese, Jr.,* for petitioner. *S. Burns Weston* for respondent.